IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY GRIFFIN**  **PLAINTIFF**
**ADC #150964**

v.  No: 4:23-cv-00524-BRW

**KURTIS HOLCOMB**  **DEFENDANT**

### ORDER

I have reviewed the Proposed Findings and Recommendation (Doc. No. 45) submitted by United States Magistrate Judge Patricia S. Harris and the filed objections. After considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Defendant's motion for summary judgment (Doc. No. 35) is granted and Griffin's claims against Holcomb are dismissed without prejudice for failure to exhaust available administrative remedies.

IT IS SO ORDERED this 7th day of February, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE